THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
John C. CUSKER, CSBN 148227
Special Assistant United States Attorney
    333 Market St., Ste. 1500
    San Francisco, Ca. 94105
    Tel. (415) 977-8975
    FAX: (415) 744-0134
    Email: john.cusker@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL ERICKSON,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>    Defendant. | Case No. EDCV 08-0115 (OP)<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

AUGUST 13, 2008

_____
OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE